ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III

| | | |
|---|---|---|
| JULIO RENTAS NEGRÓN; MIRIAM MARTÍNEZ NIEVES y la Sociedad Legal de Gananciales compuesta por ambos<br><br>Parte Apelante<br><br>v.<br><br>DR. EUGENIO MULERO PORTELA, FULANA DE TAL y la Sociedad Legal de Gananciales compuesta por ambos, DR. CÉSAR CRUZ GARCÍA, MENGANA DE TAL y la Sociedad Legal de Gananciales compuesta por ambos, COMPAÑÍA DE SEGUROS XYZ, CORPORACIÓN ABC, INC.<br><br>Parte Apelada | KLAN202301156<br><br>consolidado con<br><br>KLAN202400004 | *Apelación,* procedente del Tribunal de Primera Instancia, Sala Superior de Ponce<br><br>Caso Núm.:<br>J DP2007-0409<br><br>Sobre:<br>DAÑOS Y PERJUICIOS |

Panel integrado por su presidente, el juez Figueroa Cabán, el juez Bonilla Ortiz, la jueza Mateu Meléndez y la jueza Prats Palerm.

Prats Palerm, Jueza Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 23 de abril de 2024.

Considerado el *Aviso de Desistimiento Recíproco,* presentado por las partes el 19 de abril de 2024, se declara Ha Lugar. De conformidad con lo dispuesto en la Regla 83(A) de nuestro Reglamento, 4 L.P.R.A. Ap. XXII-B, R. 83 (A), se ordena el archivo de los casos KLAN202301156 y KLAN202400004 por desistimiento con perjuicio en sus respectivas reclamaciones.

Notifíquese.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2024_____